**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**BIG STONE GAP DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 2:21CR00002** |
| | ) | |
| **v.** | ) | **SENTENCING ENHANCEMENT INFORMATION** |
| | ) | |
| **DANIEL EUGENE ROWLAND** | ) | |

The United States Attorney charges:

That prior to the offenses set forth in the Indictment (ECF No. 30), DANIEL EUGENE ROWLAND had the following prior convictions for serious drug felony offenses that had become final:

1) Convicted and sentenced in the Circuit Court of Wise County and City of Norton on November 9, 2006, for the felony crime of Distributing a Schedule II Controlled Substance, in violation of Va. Code § 18.2-248, occurring on or about November 10, 2002.

2) Convicted and sentenced in the Circuit Court of Wise County and City of Norton on November 9, 2006, for the felony crime of Distributing a Schedule II Controlled Substance, in violation of Va. Code § 18.2-248, occurring on or about May 5, 2003.

3) Convicted and sentenced in the Circuit Court of Wise County and City of Norton on November 9, 2006, for the felony crime of Distributing a Schedule II Controlled Substance, in violation of Va. Code § 18.2-248, occurring on or about January 1, 2002.

The United States Attorney for the Western District of Virginia files this information and hereby notifies the Defendant that upon conviction for the offenses charged in Count One and/or Count Four of the Indictment (ECF No. 30), the Defendant will face a mandatory sentence of twenty-five years imprisonment and a maximum fine of $20,000,000, in accordance with Title 21, United States Code, Sections 841(b)(1)(A) and 851. Upon conviction for the offense charged in Count Two of the Indictment (ECF No. 30), the Defendant will face a maximum sentence of thirty years imprisonment and a maximum fine of $2,000,000, in accordance with Title 21, United States Code,

Sections 841(b)(1)(C) and 851. Upon conviction for the offense charged in Count Three of the Indictment (ECF No. 30), the Defendant will face a mandatory sentence of ten years imprisonment and a maximum fine of $8,000,000, in accordance with Title 21, United States Code, Sections 841(b)(1)(B) and 851.

DANIEL P. BUBAR
Acting United States Attorney

/s/ Lena L. Busscher
Lena L. Busscher
VSB No: 82353
Assistant United States Attorney
United States Attorney's Office
180 W Main Street, Suite B-19
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (Fax)
USAVAW.ECFAbingdon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.

/s/ Lena L. Busscher
Assistant United States Attorney